United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, | No. C 09-00969 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| D&T CRANE CERTIFIERS, | |
| Defendant. | |

The Court has received Plaintiff Gil Crosthwaite's Motion for Default Judgment, as well as the declarations in support thereof. Having carefully reviewed these papers, the Court requires a supplemental filing from Plaintiff. In no more than ten (10) pages, Plaintiff shall explain in detail the precise calculations he has used to arrive at the dollar amounts he seeks in contributions, liquidated damages, and interest. Plaintiff shall file this supplemental brief by Wednesday, August 5, 2009 at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: August 3, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\969\order re calculations.wpd