United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GIL CROSTHWAITE,                        No. C 09-00969 CRB

12              Plaintiff,                    **ORDER**

13      v.

14   D&T CRANE CERTIFIERS,

15              Defendant.

16   _____/

17        The Court is in receipt of the Supplemental Declaration of Michele R. Stafford in

18   response to this Court's August 3, 2009 Order.  That Order had directed Plaintiff to "explain

19   in detail the precise calculations . . . used to arrive at the dollar amounts [sought] in

20   contributions, liquidated damages, and interest" in Plaintiff's Motion for Default Judgment.

21   The declaration helpfully identified the contribution amount and liquidated damages

22   calculation (including whether 15% or $35.00 was used) for each fund for the month of

23   January 2008, and attached a computer printout in support thereof.  However, the declaration

24   did not provide comparable information for the other months that are the subject of Plaintiff's

25   motion.  Nor did the declaration explain in sufficient detail how Plaintiff arrived at the dollar

26   amounts sought in interest for any month.  The Court cannot fully evaluate Plaintiff's motion

27   without such information.

28        Plaintiff is directed to submit a further declaration providing: (1) the contribution

     amount, liquidated damages calculation, and supporting documentation for each fund, for

each month sought, as has already been provided for January 2008; and (2) step-by-step calculations and supporting documentation for the amounts of interest (including the number of which Plaintiff is taking 12%) for each month sought.  Plaintiff shall file this supplemental brief, of unlimited length, by Wednesday, August 12, 2009 at 4:00 p.m.  Plaintiff shall also be prepared to address these issues at the motion hearing.

**IT IS SO ORDERED.**

Dated: August 11, 2009

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California