<b>United States District Court</b><br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE,<br>    Plaintiff,<br>  v.<br>D&T CRANE CERTIFIERS,<br>    Defendant.                  / | No. C 09-00969 CRB<br><br>**JUDGMENT** |

    The Court having granted Plaintiff's motion for default judgment by Order filed August 17, 2009, judgment is entered in favor of Plaintiff and against Defendant in the amount of $18,599.01 ($15,747.76 in contributions, liquidated damages, and interest, and $2,851.25 in fees and costs).

    **IT IS SO ORDERED.**

Dated: August 17, 2009

                                            CHARLES R. BREYER<br>                                            UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\969\judgment.wpd